**Jason K. STENNES, Appellant**

v.

**SUMMIT MORTGAGE CORPORATION; HSBC Bank USA, N.A.; Shapiro & Zielke, LLP; Mark Dassier; Gerald M. Shapiro; David Kreisman; Lawrence P. Zeilke; Diane F. Mach; Melissa L.B. Porter; Thomas J. Hainje; Ronald W. Spencer; Wendy Oein Sanchez; Gary J. Evers; Kalli L. Ostlie; Stephanie O. Nelson; Amanda M. Govze; Kristine M. Speigelberg Nelson; Randolph W. Dawdy; Carrie L. Mellesmoen; Mortgage Electronic Registration Systems, Inc.; Julie Raynor, Appellees.**

No. 12–3866.

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2013.

Filed: July 11, 2013.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

Jason K. Stennes, Farmington, MN, pro se.

Lawrence P. Zeilke, Burnsville, MN, pro se.

Kalli Lynn Ostlie, Shapiro & Zielke, Lawrence Paul Zielke, Shapiro & Nordmeyer, Burnsville, MN, for Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jason Stennes appeals following the district court's[1] order dismissing his civil complaint with prejudice and denying as moot his motion for temporary injunctive relief. For reversal, Mr. Stennes renews his argument from below that the district court lacked subject matter jurisdiction over this matter, and that the district court also lacked authority to refer his motion for a temporary injunction, and the motions to dismiss filed by defendants, to a magistrate judge. For the reasons explained by the district court, we agree with the court that it had both subject matter jurisdiction and authority to refer the motions at issue to a magistrate judge for recommendation. *See* 28 U.S.C. §§ 1331, 636(b)(1).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.